# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### OCALA DIVISION

UNITED STATES OF AMERICA

VS.                                            CASE NO. 5:20-cr-63-JA-PRL-2

NISHERA REMON JOHNSON

_____

### ORDER

Before the Court is Defendant Nishera Remon Johnson's motion for a sentence reduction under 18 U.S.C. § 3582(c)(1)(A). (Doc. 180). Johnson seeks a sentence reduction under Amendment 821 to the Sentencing Guidelines, which applies to certain zero-point offenders and limits the use of status points. *See United States v. Arroyo-Mata*, 730 F. Supp. 3d 1323, 1323 (N.D. Ga. 2024) (stating that Amendment 821 "provides a two-offense level reduction for defendants with zero criminal history points"); *see also United States v. Vente-Orobio*, No. 19-20042-CR, 2024 WL 1016110, at *2 (S.D. Fla. Mar. 8, 2024) (denying motion for compassionate release pursuant to Amendment 821 because the defendant was not a zero-point offender and was not assessed any status points).

The Federal Public Defender, who was appointed for this proceeding, submits a memorandum (Doc. 196), detailing that Johnson is ineligible for a sentence reduction under this amendment because she "was assessed one or

more criminal history points and was not assessed status points." (*Id.* at 2).

Indeed, at the time of sentencing, Johnson's criminal history score of nine

resulted in a criminal history category of IV. (Doc. 185 at 24). Her criminal

history score did not include any status points. Thus, Johnson is ineligible for

a sentence reduction under Amendment 821 because she is not a zero-point

offender and she did not receive any status points.

Accordingly, Johnson's motion for a sentence reduction (Doc. 180) is

**DENIED**.

**DONE** and **ORDERED** on September 22ʳᵈ, 2025.

                                                 JOHN ANTOON II
                                                 United States District Judge

Copies furnished to:
United States Marshal
United States Attorney
United States Probation Office
Nishera Remon Johnson
Counsel for Defendant

2